NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JARED JAMES JACKSON,            )
                                )
            Appellant,          )
                                )
v.                              )        Case No.  2D17-4780
                                )
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____ )

Opinion filed August 21, 2019.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Ita M. Neymotin, Regional Counsel, and
Joseph Thye Sexton, Assistant Regional
Counsel, Fort Myers, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison C. Heim,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.




SILBERMAN, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.